UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Padro Joel Castro Cabrera,<br><br>                Petitioner,<br><br>        v.<br><br>Paul Arteta,<br><br>                Respondent. | 26-CV-313 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The Court is in receipt of Petitioner's filing, ECF No. 10, and Respondent's letter, ECF No. 12. Respondent's position is that "Petitioner's detention is presently governed by 8 U.S.C. § 1226(a)." ECF No. 12 at 2. Petitioner has alleged and Respondent concedes that an Immigration Judge previously granted Petitioner's release on bond. ECF No. 10 at 1; ECF No. 12 at 1. ICE initially invoked an automatic stay of that custody decision while it sought an appeal with the BIA. ECF No. 12 at 1. This Court previously held under analogous circumstances that invocation of an automatic stay violates Due Process. *See J.M.P. v. Arteta*, --- F. Supp. 3d ----, 2025 WL 2984913 (S.D.N.Y. Oct. 23, 2025).

But Respondent represents that the automatic stay in this case is no longer operative, and that this case is now moot, because the Second Circuit granted Petitioner a stay of removal on October 8, 2025, whereupon "detention authority for Petitioner reverted to 8 U.S.C. § 1226(a). *Id.* at 2 (citing *Hechavarria v. Sessions*, 891 F.3d 49 (2d Cir. 2018). Respondent has stated that "the immigration judge's bond order granting release upon the posting of $5,000 . . . may be honored." *Id.*

In light of Respondent's representation that the automatic stay is no longer operative, and without any indication that Petitioner will be denied bond, that the stay will be reinvoked, or that

Petitioner will otherwise be re-detained without a valid exercise of discretion consistent with *Lopez Benitez*, it is hereby **ORDERED** that the Petition is **DENIED without prejudice as moot**. *Lopez Benitez v. Francis*, 795 F. Supp. 3d 475 (S.D.N.Y. 2025)

**The parties shall provide a status letter on the docket when Petitioner is released following posting of bond.**

All pending motions and the conference previously scheduled for **February 24, 2026** are cancelled.  The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: February 18, 2026
       New York, New York

_____
            DALE E. HO
      United States District Judge