**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
Padro Joel Castro Cabrera,

                                    Petitioner,                    26 **CIVIL** 313 (DEH)

           -against-                                        **JUDGMENT**

Paul Arteta,

                                    Respondent.
-------------------------------------------------------------X

         It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated February 18, 2026, the Petition is DENIED without prejudice as

moot, accordingly, the case is closed.

**DATED:**  New York, New York
              February 24, 2026


                                                              TAMMI M. HELLWIG
                                                   _____
                                                              Clerk of Court

                                        BY:

                                                   _____
                                                              Deputy Clerk